IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.13-cv-01673-RPM

DONNA D. JEWKES,

     Plaintiff,

v.

USAA CASUALTY INSURANCE COMPANY,

     Defendant.

---

ORDER SETTING TRIAL DATE AND TRIAL PREPARATION CONFERENCE

---

Pursuant to the conference today, it is

ORDERED that this matter is set for trial to jury on **February 2, 2015, at 8:30 a.m.**, in Courtroom A, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado. Trial procedures may be found at

http://www.cod.uscourts.gov/CourtOperations/RulesProcedures/JudicialPracticeStandards/SeniorArticleIIIJudges/HonRichardPMatsch.aspx . It is

FURTHER ORDERED that a trial preparation conference is set for **December 5, 2014, at 2:00 p.m.**, in the Conference Room, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado.  The conference is conducted with <u>lead counsel present in person</u>.  No parties or representatives of parties will be permitted to attend.

Dated: September 4th, 2014

                                               BY THE COURT:

                                               s/Richard P. Matsch

                                               _____

                                             Richard P. Matsch, Senior District Judge