IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.13-cv-01673-RPM

DONNA D. JEWKES,

     Plaintiff,

v.

USAA CASUALTY INSURANCE COMPANY,

     Defendant.

## ORDER VACATING TRIAL DATE

This case is scheduled for a jury trial beginning February 2, 2015.  The trial preparation conference was held without appreciable benefits to trial efficiency. Subsequent to that conference, the defendant filed a motion to exclude opinions of plaintiff's experts [Doc. 37]. On December 23, 2014, a motion for protective order was filed by Justin Jewkes, appearing by Jennifer W. Stock, as counsel.  On January 8, 2015, Robert D. Green advised by letter that he is scheduled for trial in the United States District Court for the Southern District of Texas for two weeks beginning on January 20, 2015 and is not expected to be available before February 4, 2015 for the trial of this case.

This court has given preliminary consideration to the proposed jury instructions submitted by the plaintiff and defendant. These proposed instructions are generic in nature and it appears that the parties have substantially different views with respect the principles of law governing this case.  It now is this Court's conclusion that this case requires further court involvement before the trial can begin.  Accordingly, it is now

ORDERED that the trial date of February 2, 2015 is vacated and a further order will enter for a hearing to consider the issues and questions which this Court finds must be resolved before trial begins.

Dated: January 14th, 2015

BY THE COURT:

s/Richard P. Matsch

_____
Richard P. Matsch, Senior District Judge