IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.13-cv-01673-RPM

DONNA D. JEWKES,

      Plaintiff,

v.

USAA CASUALTY INSURANCE COMPANY,

      Defendant.

## ORDER FOR HEARING

As noted in the Order Vacating Trial Date [Doc. 50], there are issues that must be resolved before this case can proceed to trial. Accordingly, a hearing will be scheduled to consider the following matters:

- Defendant's Motion to Exclude Opinions of Plaintiff's Experts {Doc. 37].

- Justin Jewkes' Fed.R.Civ.P. 30(d)(3)(A) motion for Protection and to Limit Justin Jewkes' Deposition.

- Whether the Plaintiff is seeking damages for the Third Claim for Relief–common law bad faith breach of covenant of good faith and fair dealing. The Plaintiff's proposed jury instructions and verdict form do not include that claim which is in the Pre-Trial Order.

- The following proposed jury instructions will be discussed:

  Plaintiff's Nos. 11, 12, 13, 14, 15, 17, 21

  Defendant's D, E, F, G, H, I, J, K, Q, R, S, W, X.

- Use of exhibits in Thomas A. Dufour deposition.

- Set a time for final lists of witnesses and exhibits.

Dated: February 10th, 2015

BY THE COURT:

s/Richard P. Matsch

_____
Richard P. Matsch, Senior District Judge