IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.13-cv-01673-RPM

DONNA D. JEWKES,

    Plaintiff,

v.

USAA CASUALTY INSURANCE COMPANY,

    Defendant.

---

### RULINGS ON TESTIMONY OF THOMAS A. DUFOUR

---

The following objections are sustained:

    p. 21, l. 5-22

    p. 22, l. 9 - p. 23, l. 15

    p. 23, l. 22 - p. 24, l. 16

    p. 58, l. 2-15

    p. 58, l. 23 - p. 59, l. 1-25

    p. 60, l. 1-5

    p. 75, l. 1-10

    p. 111, l. 5-15

    p. 112, l. 1-25

    p. 113, l. 1-6

    p. 135, l. 5-21

    p. 136, l. 8-12

    p. 206, l. 2-8

Dated: February 10th, 2015

                                              BY THE COURT:

                                              s/Richard P. Matsch

                                              _____
                                              Richard P. Matsch, Senior District Judge