THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 13-cv-01673-RPM

DONNA D. JEWKES,

    Plaintiff,

v.

USAA CASUALTY INSURANCE COMPANY,

    Defendant.

## ORDER SETTING TRIAL DATE

Pursuant to the conference today, it is

ORDERED that this matter is set for trial to jury on **October 5, 2015, at 8:30 a.m.,** in Courtroom A, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado. Trial procedures may be found at

http://www.cod.uscourts.gov/CourtOperations/RulesProcedures/JudicialPracticeStandards/SeniorArticleIII Judges/HonRichardPMatsch.aspx . It is

DATED: April 9th, 2015

BY THE COURT:

s/Richard P. Matsch

Richard P. Matsch, Senior District Judge