# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
### Senior District Judge Richard P. Matsch

Date: April 9, 2015
Courtroom Deputy: Emily Buchanan
FTR Technician: Kathy Terasaki

---

Civil Action No. 13-cv-01673-RPM                  Counsel:

DONNA D. JEWKES,                                  Robert Green

     Plaintiff,

v.

USAA CASUALTY INSURANCE                           John Vaught
COMPANY,                                          Anthony Barbe
                                                  Jessica Scott
     Defendant.

---

## COURTROOM MINUTES

---

**TRIAL PREPARATION CONFERENCE**

**1:55 p.m.**     **Court in session.**

Also present: Attorney Jennifer Stock for Interested Party Justin Jewkes.

Court gives counsel time to review jury instructions A-D and voir dire statement provided by the Court.

**1:57 p.m.**     **Court in recess.**
**2:13 p.m.**     **Court in session.**

Discussion regarding the proposed jury instructions and voir dire statement, compensatory damages, denial of access to the property, the level of heat damage, the role of Justin Jewkes at trial, Plaintiff's deposition, counsel's agreement to Defendant calling Justin Jewkes as a witness at trial, experts, the condition of the property before the fire, an abundance of pictures of the property, the final list and order of witnesses, whether the Plaintiff is seeking damages for the Third Claim for Relief–common law bad faith breach of covenant of good faith and fair dealing, and avoiding the topic of Justin Jewkes's respiratory condition.

**ORDER:**   Defendant's Motion to Exclude Opinions of Plaintiff's Experts (Doc. No. 37) is **DENIED**. David Poynor and Gregory T. Becker will not be excluded from testifying.

**ORDER:**   Justin Jewkes' Fed.R.Civ.P. 30(d)(3)(A) Motion for Protection and to Limit Justin Jewkes' Deposition (Doc. No. 39) is **DENIED**.

**ORDER:**   Plaintiff's Motion to Strike Defendant's Motion to Exclude Opinions of Plaintiff's Experts (Doc. 37) (Doc. No. 45) is **MOOT**.

**ORDER:**   Counsel shall stipulate as to who took which pictures of the property and mark the pictures for purposes of trial.

**ORDER:**   Plaintiff may utilize Defendant's Trial Director system to display exhibits during trial.

**ORDER:**   The Court does not permit industry standards to come in through a witness at trial.

**ORDER:**   Defendant's Oral Motion for Reconsideration regarding Thomas A. Dufour's Deposition is **GRANTED IN PART AND OVERRULED IN PART**. Certain lines of the deposition are taken out as set forth on the record.

**ORDER:**   Defendant may not call J. Kent Miller as a witness. Defendant may make a proffer if it so desires.

**ORDER:**   Plaintiff's request to withdraw the supplemental report from David Poynor is **GRANTED**.

**ORDER:**   Eight day Jury Trial is set for **October 5, 2015 at 8:30 a.m.** in Courtroom A, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado.

**2:57 p.m.**   **Court in recess.**

Hearing concluded.   Total time:   46 min.