**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 13-cv-01673-RPM

DONNA D. JEWKES,

    Plaintiff,

v.

USAA CASUALTY INSURANCE COMPANY,

    Defendant.

---

**FINAL JUDGMENT**

---

    In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

    This matter was tried from October 5, 2015 through October 14, 2015, before a jury of eleven duly sworn to try the issues herein with U.S. Senior Judge Richard P. Matsch presiding.

    Pursuant to and accordance with the jury's verdict, it is

    ORDERED that judgment is entered in favor of Plaintiff, DONNA D. JEWKES to recover from the Defendant USAA CASUALTY INSURANCE COMPANY the amount of Eighty-One Thousand Seven Hundred Eight Dollars and Forty-One Cents, $81,708.41. It is

    FURTHER ORDERED that prejudgment interest accrued from May 15, 2013 through October 14, 2015, 883 days, at the rate of 8% for a total of $16,701.85.  It is

    FURTHER ORDERED that no attorneys fees shall be awarded.

Dated at Denver, Colorado this 15th day of October, 2015.

                FOR THE COURT:
                JEFFREY P. COLWELL, CLERK

      By: s/ Bernique Abiakam

            Bernique Abiakam
            Deputy Clerk