IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.13-cv-01673-RPM

DONNA D. JEWKES,

     Plaintiff,

v.

USAA CASUALTY INSURANCE COMPANY,

     Defendant.

---

## AMENDED FINAL JUDGMENT

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Amended Final Judgment is hereby entered.

This matter was tried from October 5, 2015, through October 14, 2015, before a jury of eleven duly sworn to try the issues herein, Judge Richard P. Matsch presiding.

Pursuant to and in accordance with the jury's verdict, it is

ORDERED AND ADJUDGED that judgment is entered in favor of Plaintiff, Donna D. Jewkes, and against the Defendant, USAA Casualty Insurance Company, in the amount of $81,708.41, with pre-judgment interest from May 15, 2013, through October 14, 2015, at the rate of 8% in the amount of $16,701.85, for a total of $98,410.26, and post-judgment interest at the statutory rate of 0.27%, compounded annually until paid in full.  It is further

ORDERED AND ADJUDGED that plaintiff is awarded costs upon the filing of a bill of costs within fourteen days.  No attorneys fees will be awarded.

Dated:   October 16, 2015

                        FOR THE COURT:

                        JEFFERY P. COLWELL, Clerk

                              s/M. V. Wentz
                        By_____
                               Deputy